UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mark Andrew Bauersachs**
    Plaintiff

V.

CIVIL ACTION

NO. **1:24-cv-10869-RGS**

**Federal Reserve Board of Governors et al**
    Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

    In accordance with the Court's Order entered August 9, 2024 [Doc. No. 30] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

8/9/2024      /s/ Caetlin McManus
Date      Deputy Clerk